UNITED STATES DISTRICT COURT JURY VERDICT FORM

*Mark Granas v. Union Pacific Railroad Company*, 1:21-cv-00116-AA

We, the Jury in the above-entitled action, for our Verdict, answer the questions submitted as follows:

1.   Is Plaintiff Mark Granas a "qualified individual" with a disability who, either with or without a reasonable accommodation, can perform the essential functions of the job he had at Defendant Union Pacific Railroad Company?

Answer:        Yes        X

               No         _____

*If your answer to Question 1 is "Yes", proceed to the next question. If your answer to question number 1 is "No", then have your Foreperson sign and return this verdict form.*

2.   Did Defendant Union Pacific Railroad Company discriminate against Plaintiff Mark Granas because of his disability under the Americans with Disabilities Act when Defendant removed Plaintiff from his job, and refused to allow him to return to it?

Answer:        Yes        X

               No         _____

*Please proceed to the next question.*

3.   Did Defendant Union Pacific Railroad Company discriminate against Plaintiff Mark Granas because of his disability under Oregon state law, when Defendant removed Plaintiff from his job, and refused to allow him to return to it?

Answer:        Yes        X

               No         _____

*Please proceed to the next question.*

Page 1 of 3

4.    Did Union Pacific Railroad Company discriminate against Mark Granas on the basis of disability by imposing selection criteria, including medical screening (the "one percent policy"), that screens out, tends to screen out, or has a disparate impact on individuals who disclose disabilities?

Answer:        Yes            __X__

               No             _____

*If you answered "Yes" to **any** of Questions 2, 3, or 4, please proceed to the next question. If you answered "No" on **all** Questions 2, 3, and 4, have your Foreperson sign and return this verdict form.*


5.    Did Defendant Union Pacific Railroad Company prove its Direct Threat defense?

Answer:        Yes            _____

               No             __X__

*If your answer to Question 5 is "Yes", have your Foreperson sign and return this verdict form. If your answer to Question 5 is "No", proceed to the next question.*


6.    Did Defendant Union Pacific Railroad prove its Business Necessity Defense?

Answer:        Yes            _____

               No             __X__

*If your answer to Question 6 is "Yes", have your Foreperson sign and return this verdict form. If your answer to Question 6 is "No", proceed to the next question.*

7. What amount of money will fairly and adequately compensate Plaintiff Mark Granas for damages caused by Defendant Union Pacific Railroad Company's conduct?

Answer:   Past Wages to Present:  $ 509,849.

Future Wages:  $ 443,014.

Noneconomic Damages:  $ 1 million

8. Should Defendant Union Pacific Railroad Company pay punitive damages?

Answer:   Yes   X

No   ____

*If your answer to Question No. 8 was "yes," proceed to Question No. 9.*

9. What amount of punitive damages should Defendant Union Pacific Railroad Company be assessed:

Answer:   $ 25 million

DATED: April 25, 20 25

*THIS FORM IS COMPLETE*