IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **MARK GRANAS**, | Civ. No. 1:21-cv-00116-AA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **UNION PACIFIC RAILROAD COMPANY**, | |
| Defendant. | |

AIKEN, District Judge:

In accordance with the jury's unanimous verdict and the Court's findings and conclusions made under Federal Rule of Civil Procedure 52(a), Judgment is entered as follows:

Judgement is entered in favor of Plaintiff on all claims.

The Court allocates damages as follows:

    a.    $300,000 in punitive damages is allocated to Plaintiff's federal claims under the ADA.

    b.    $24,700,000 in punitive damages is allocated to Plaintiff's claim under Oregon law.

Page 1 – JUDGMENT

      c.      $952,863 in economic damages, including front and back pay, is allocated to Plaintiff's federal discrimination claims and is not subject to the statutory cap under § 1981a(b)(3).

      d.      $1,000,000 in compensatory damages is allocated to Plaintiff's state law claim.

      e.      Plaintiff's total award is $26,952,863

IT IS SO ORDERED.

Dated this 18th day of August 2025.

                                                                 /s/Ann Aiken

                                                               Ann Aiken
                                              United States District Judge